

RECEIVED

2006 JUN -8 ı A II: 09

FINANCIAL
DISCLOSURE OFFICE
(404) 215-1580

CHARLES A. PANNELL, JR.
U.S. DISTRICT JUDGE

June 6, 2005

## Confidential

Committee on Financial Disclosure
Administrative Office of the Courts
Suite 2-301
One Columbus Circle N.E.
Washington, D.C. 20544

RE:   Calendar Year 2005 Filing, correction pursuant to letter of May 31, 2006

Dear Committee:

I received a letter dated May 31, 2006, noting that I incorrectly left out information in Part III B, line 1 and Part VII, page 4, lines 2 and 3 and page 7, line 55. Below is the information you require.

Part III
B.
1.   2005   ███████████████████

Part IV
line 2.   Rental Property #1, ████████████████
line 3.   Property (½ Int.) ██████████████████
line 55.   Farm #2, ████████████████ limited interest

I am providing the original and three copies of this letter.

Sincerely yours,

████████████████

Charles A. Pannell, Jr.
United States District Judge

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Pannell, Charles A | 2. Court or Organization District Court-N.D.of Georgia | 3. Date of Report 04/17/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.District Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 2367 U. S. Courthouse 75 Spring Street, S.W. Atlanta, Georgia 30303-3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Colonel | U. S. Army Reseves, Inactive |
| 2. Co-Executor | Estate No. 1 |
| 3. Operator | Farm #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of Georgia, Judicial Retirement, no control |
| 2. 1999 | County Government, Georgia, employee retirement, no control |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | ▓▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Billy Crider | June 8-13, 2005, Wollaston Lake Lodge, Saskatchewan, Canada (Travel, lodging, meals, and entertainment). |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Farmers State Bank | Mortgage on Property, 1/2 interest (Pt.VII, line 3) | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 04/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Timberland, ▮▮▮ 1/3 Interest | | None | N | W | | | | | |
| 2. Rental Property #1 ▮▮▮ | C | Rent | K | W | | | | | |
| 3. Property (1/2 Int.) ▮▮▮ | | None | K | W | | | | | |
| 4. Estate #1 | C | Rent | O | W | | | | | |
| 5. - First National Bank (Savings Accounts and CDs) | B | Interest | M | T | | | | | |
| 6. - Cohutta Bank Account | A | Interest | J | T | | | | | |
| 7. IRA #1 | | | | | | | | | |
| 8. - GBTB | B | Dividend | M | T | | | | | |
| 9. - Premier MMKT SHS Govt | A | Interest | J | T | Buy Quarterl | | J | | |
| 10. - Growth Fund of America | A | Dividend | J | T | | | | | |
| 11. IRA #2 | | | | | | | | | |
| 12. - GBTB | A | Dividend | K | T | | | | | |
| 13. -Premier MMKT SHS Govt | A | Interest | J | T | Buy Quarterl | | J | | |
| 14. Deferred Compensation #1 | | | | | | | | | |
| 15. - NA Stock Index (SIF) | | None | K | T | Buy Monthly | | J | | |
| 16. - NA Social Awareness (SOC) | | None | K | T | Buy Monthly | | J | | |
| 17. - VNGRG Wellington (VWN) | | None | K | T | Buy Monthly | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 04/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - PUTNM Global GR (PGE) | | None | J | T | Buy Monthly | | J | | |
| 19. - NA TROWE SCI & Tech (SCF) | | None | J | T | Buy Monthly | | J | | |
| 20. -Ariel | | None | J | T | Buy Monthly | | J | | |
| 21. - Fixed Account Plus (FXP) | C | Interest | L | T | Buy Monthly | | J | | |
| 22. - FXP Employer Base | A | Interest | K | T | Buy Monthly | | J | | |
| 23. - FXP Employer Match | A | Interest | J | T | Buy Monthly | | J | | |
| 24. Brokerage Account #1 | | | | | | | | | |
| 25. - Synovus, Common Stock | B | Dividend | L | T | Buy Quarterl | | J | | |
| 26. - STI - Money Market (SEIXX) | A | Dividend | J | T | | | | | |
| 27. Wachovia Savings Account | A | Interest | J | T | | | | | |
| 28. Deferred Compensation #2 | | | | | | | | | See Note in Part VIII |
| 29. - Georgia Fixed Income | A | Interest | | | Sold | 10-03 | J | | |
| 30. - Dodge & Cox Balanced Fund | A | Dividend | | | Sold | 10-03 | K | | |
| 31. Deferred Compensation #3 | | | | | | | | | See Note in Part VIII |
| 32. -Euro Pacific Growth | | None | | | Sold | 10-03 | J | | |
| 33. -Brown Capital Small Company | | None | | | Sold | 10-03 | J | | |
| 34. -Columbia Real Estate Equity | A | Dividend | | | Sold | 2-15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 04/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Dodge & Cox Balanced Fund | A | Dividend | | | Sold | 10-03 | J | | |
| 36. - Georgia Fixed Income | A | Interest | | C | Buy | 2-15 | J | | |
| 37. | | | | | Sold | 10-03 | J | | |
| 38. - Harbor Capital App. Fund | | None | | | Sold | 10-03 | J | | |
| 39. - Invesco Dynamic Fund | | None | | | Sold | 2-15 | J | | |
| 40. Brokerage Account #2 | | | | | | | | | |
| 41. - American Funds - Investment Company of America | B | Dividend | K | T | | | | | |
| 42. - American Funds - Growth Fund of America | A | Dividend | K | T | | | | | |
| 43. - American Funds - Small Cap World Fund | A | Dividend | J | T | | | | | |
| 44. - American Funds - New World Fund | A | Dividend | K | T | | | | | |
| 45. - American Funds - EUPAC | A | Dividend | K | T | | | | | |
| 46. First National Bank, Accounts | A | Interest | J | T | | | | | |
| 47. Brokerage Account #3 | | | | | | | | | |
| 48. -FDRXX | A | Dividend | K | T | Partial Sale | 9-19 | J | | See Note Part VIII |
| 49. | | | | | Partial Sale | 9-29 | J | | |
| 50. -Money Market (X) | A | Interest | J | T | | | | | See Note Part VIII |
| 51. County Federal Credit Union | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market |
| | Q =Appraisal | V =Other | S =Assessment | |
| | U =Book Value | | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 04/17/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Roth IRA #1 | | | | | | | | | |
| 53. - LSI | | None | J | T | | | | | |
| 54. Roth IRA #2 | A | Dividend | J | T | | | | | |
| 55. Farm #2, ███ limited interest | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I. Positions: Further clarification to Answer 3 "Operator".
This is a one-man operation on estate #1 property. I have had cattle. During this reporting period, I kept horses and cut hay on shares with a third party.

Part VII. INVESTMENTS AND TRUSTS

Item No. 29: This Deferred Compensation Account closed October 2005

Item No. 32: This Deferred Compensation Account closed October 2005

Item Nos. 48 & 50: Money Market and FDRXX reported together in 2004 since Money Market value was less than $1,000.00. Separated this year since Money Market Value over $1,000.00.

Item Nos. 10, 30, 34, 35, 41, 42, 43, and 45, Column B(2) should read Dividend/Capital Gain. The software will not let me include "Capital Gain" this year. The software did allow this entry last year.

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 04/17/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date\_\_\_\_\_ 2 May 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544